# B 2100A (Form 2100A) (12/15)

## UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF INDIANA

In re:  DWIGHT EDWARD SHUMWAY,, SR                    Case No.   18-23447
          ELAINE MARIE SHUMWAY

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Windsor Park Asset Holding Trust | SC Park Lane II, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609
Phone: (312)291-3781
Last Four Digits of Acct #: 1701

Court Claim # (if known): 5-1
Amount of Claim :  $226,583.64
Date Claim Filed  : 02/07/2019

Phone :
Last Four Digits of Acct #: 8984

Name and Address where transferee payments should be sent (if different from above):
Fay Servicing, LLC
PO Box 814609
Dallas, TX 75381-4609
Phone: (312)291-3781
Last Four Digits of Acct #: 1701

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Arvind Nath Rawal                                    Date :  04/07/2020
AIS Portfolio Services, LP as agent
Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION DIVISION

|  |  |
|---|---|
| Case Name: DWIGHT EDWARD SHUMWAY,, SR and ELAINE MARIE SHUMWAY | ) Case No. 18-23447<br>) Judge Name: Kent Lindquist<br>)<br>) Chapter: 13 |

## CERTIFICATE OF SERVICE

PLEASE BE ADVISED that on 04/07/2020 (the "Notice Date"), pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2)(the "Bankruptcy Rules"), Windsor Park Asset Holding Trust filed Transfer of Claim.

The filing of this Transfer of Claim, via the Court's Electronic Filing system, constitutes service upon the Chapter 13 Trustee and counsel for the Debtor(s), pursuant to Bankruptcy Rule 3001(e)(2) and all applicable Bankruptcy Rules.

I hereby certify that on 04/07/2020 a copy of the Notice was served upon the Debtor(s) on the Notice Date, at the address listed below, by First Class U.S. Mail, postage prepaid

   Debtor:
        DWIGHT EDWARD SHUMWAY,, SR and ELAINE MARIE SHUMWAY
        483 E 900 N
        VALPARAISO, IN 46383

I hereby certify that on 04/07/2020 a copy of this Notice and all attachments on the following by Electronic Notification via CM/ECF and/or other Electronic Notification:

   Trustee:
        PAUL R CHAEL
        401 WEST 84TH DRIVE & SUITE C
        MERRILLVILLE, IN 46410

   Debtor's counsel:
        DREW C RHED LLC
        DREW C RHED
        101 BEVERLY DRIVE SUITE B & STE B
        CHESTERTON, IN 46304

  All Parties in Interest
  All Parties requesting Notice

                                    By: /s/ Arvind Nath Rawal
                                         Arvind Nath Rawal, AIS Portfolio Services, LP as agent
                                         Transferee/Transferee's Agent